## Certificate of Service

The undersigned, hereby certifies that a true copy of the foregoing document, on behalf of Plaintiff, Lawrence Shipley, D.C., individually *et al.*, by and through one of his attorneys, The Lakin Law Firm, P.C., was served this 22th day of May 2003, via first-class mail, postage prepaid, upon the following counsel of record

John L. McMullin
**Brown & James, P.C.**
1010 Market Street, 20th Floor
St. Louis, MO 63101
Telephone: 314.421.3400
Facsimile: 314.421.3128
**Attorneys for Defendants**

ICAN STATES INSURANCE COMPANY

rovider:371100405
LAWRENCE SHIPLEY
2502 PONTOON ROAD
GRANITE CITY, IL, 62040

Bill ID:19970409130152O8MCA
Claim:2230039854
Claimant:00
JANE PODRAZA
Injured:09-13-1996

Insured:02BO170880
CHR-ASH CORP.

Payee:371100405
LAWRENCE SHIPLEY
2502 PONTOON ROAD
GRANITE CITY, IL, 62040

Adjustor-ID: 22256

ICD9:723.4 BRACHIAL NEURITIS OR RADICULITIS NOS

| Date | Service | | Mods | Charge | Reduction | Allowance | Reason |
|---|---|---|---|---|---|---|---|
| 11-13-96 | 97260 | MANIPULATION | | 24.00 | .00 | 24.00 | |
| 11-13-96 | 97026 | INFRARED | | 20.00 | .00 | 20.00 | |
| 11-13-96 | 97014 | ELECTRIC STIMULATION | | 10.00 | .00 | 10.00 | |
| 11-13-96 | 97014 | ELECTRIC STIMULATION | | 6.00 | .00 | 6.00 | |
| 11-13-96 | 97124 | MASSAGE | | 3.00 | .00 | 3.00 | |
| 11-15-96 | 99214 | SUBSEQUENT VISIT Reviewed As 99213 | | 80.00 | 26.45 | 53.55 | 43 40 |
| 11-15-96 | 97260 | MANIPULATION | | 24.00 | .00 | 24.00 | |
| 11-15-96 | 97026 | INFRARED | | 20.00 | .00 | 20.00 | |
| 11-15-96 | 97014 | ELECTRIC STIMULATION | | 10.00 | .00 | 10.00 | |
| 11-15-96 | 97014 | ELECTRIC STIMULATION | | 6.00 | .00 | 6.00 | |
| 11-15-96 | 97124 | MASSAGE | | 3.00 | .00 | 3.00 | |
| 11-18-96 | 97260 | MANIPULATION | | 24.00 | .00 | 24.00 | |
| 11-18-96 | 97026 | INFRARED | | 20.00 | .00 | 20.00 | |
| 11-18-96 | 97014 | ELECTRIC STIMULATION | | 10.00 | .00 | 10.00 | |
| 11-18-96 | 97014 | ELECTRIC STIMULATION | | 6.00 | .00 | 6.00 | |
| 11-18-96 | 97124 | MASSAGE | | 3.00 | .00 | 3.00 | |
| 11-20-96 | 97260 | MANIPULATION | | 24.00 | .00 | 24.00 | |
| 11-20-96 | 97026 | INFRARED | | 20.00 | .00 | 20.00 | |
| 11-20-96 | 97014 | ELECTRIC STIMULATION | | 10.00 | .00 | 10.00 | |
| 11-20-96 | 97014 | ELECTRIC STIMULATION | | 6.00 | .00 | 6.00 | |
| 11-20-96 | 97124 | MASSAGE | | 3.00 | .00 | 3.00 | |
| 12-02-96 | 97260 | MANIPULATION | | 24.00 | .00 | 24.00 | |
| 12-02-96 | 97026 | INFRARED | | 20.00 | .00 | 20.00 | |
| 12-02-96 | 97014 | ELECTRIC STIMULATION | | 10.00 | .00 | 10.00 | |
| 12-02-96 | 97014 | ELECTRIC STIMULATION | | 6.00 | .00 | 6.00 | |

Continued on next page

Direct inquiries regarding this review to:
AMERICAN STATES INSURANCE
MEDICAL BILL SERVICE CENTER
500 N. MERIDIAN ST.
INDIANAPOLIS, IN 46204
1(800)262-7407

CAN STATES INSURANCE COMPANY

Bill ID:1997040913015208MCA
Claim:2230039854
Claimant:00
JANE PODRAZA
Injured:09-13-1996

Insured:02B0170880
CHR-ASH CORP.

ovider:371100405
LAWRENCE SHIPLEY
2502 PONTOON ROAD
GRANITE CITY, IL, 62040

Payee:371100405
LAWRENCE SHIPLEY
2502 PONTOON ROAD
GRANITE CITY, IL, 62040

Adjustor-ID: 22256

ICD9:723.4 BRACHIAL NEURITIS OR RADICULITIS NOS

| Date | Service | | Mods | Charge | Reduction | Allowance | Reasons |
|---|---|---|---|---|---|---|---|
| 12-02-96 | 97124 | MASSAGE | | 3.00 | .00 | 3.00 | |
| 12-04-96 | 97260 | MANIPULATION | | 24.00 | .00 | 24.00 | |
| 12-04-96 | 97026 | INFRARED | | 20.00 | .00 | 20.00 | |
| 12-04-96 | 97014 | ELECTRIC STIMULATION | | 10.00 | .00 | 10.00 | |
| 12-04-96 | 97014 | ELECTRIC STIMULATION | | 6.00 | .00 | 6.00 | |
| 12-04-96 | 97124 | MASSAGE | | 3.00 | .00 | 3.00 | |
| 12-09-96 | 97260 | MANIPULATION | | 24.00 | .00 | 24.00 | |
| 12-09-96 | 97026 | INFRARED | | 20.00 | .00 | 20.00 | |
| 12-09-96 | 97014 | ELECTRIC STIMULATION | | 10.00 | .00 | 10.00 | |
| 12-09-96 | 97014 | ELECTRIC STIMULATION | | 6.00 | .00 | 6.00 | |
| 12-09-96 | 97124 | MASSAGE | | 3.00 | .00 | 3.00 | |
| 12-11-96 | 97260 | MANIPULATION | | 24.00 | .00 | 24.00 | |
| 12-11-96 | 97026 | INFRARED | | 20.00 | .00 | 20.00 | |
| 12-11-96 | 97014 | ELECTRIC STIMULATION | | 10.00 | .00 | 10.00 | |
| 12-11-96 | 97014 | ELECTRIC STIMULATION | | 6.00 | .00 | 6.00 | |
| 12-11-96 | 97124 | MASSAGE | | 3.00 | .00 | 3.00 | |
| 12-13-96 | 72070 | XRAY EXAM SPINE | | 80.00 | .00 | 80.00 | |
| 12-13-96 | 72040 | XRAY EXAM SPINE | | 60.00 | .00 | 60.00 | |
| 12-13-96 | 99214 | SUBSEQUENT VISIT Reviewed As 99213 | | 80.00 | 26.45 | 53.55 | 43 40 |
| 12-13-96 | 97260 | MANIPULATION | | 24.00 | .00 | 24.00 | |
| 12-13-96 | 97026 | INFRARED | | 20.00 | .00 | 20.00 | |
| 12-13-96 | 97014 | ELECTRIC STIMULATION | | 10.00 | .00 | 10.00 | |
| 12-13-96 | 97014 | ELECTRIC STIMULATION | | 6.00 | .00 | 6.00 | |
| 12-13-96 | 97124 | MASSAGE | | 3.00 | .00 | 3.00 | |
| 12-16-96 | 97260 | MANIPULATION | | 24.00 | .00 | 24.00 | |

Continued on next page

Direct inquiries regarding this review to:
AMERICAN STATES INSURANCE
MEDICAL BILL SERVICE CENTER
500 N. MERIDIAN ST.
INDIANAPOLIS, IN 46204
1(800)262-7407

ICAN STATES INSURANCE COMPANY

Page

rovider:371100405
LAWRENCE SHIPLEY
2502 PONTOON ROAD
GRANITE CITY, IL, 62040

Bill ID:1997040913015208MCA
Claim:2230039854
Claimant:00
JANE PODRAZA
Injured:09-13-1996

Payee:371100405
LAWRENCE SHIPLEY
2502 PONTOON ROAD
GRANITE CITY, IL, 62040

Insured:02B0170880
CHR-ASH CORP.

Adjustor-ID: 22256

ICD9:723.4 BRACHIAL NEURITIS OR RADICULITIS NOS

| Date | Service | | Mods | Charge | Reduction | Allowance | Reasons |
|---|---|---|---|---|---|---|---|
| 12-16-96 | 97026 | INFRARED | | 20.00 | .00 | 20.00 | |
| 12-16-96 | 97014 | ELECTRIC STIMULATION | | 10.00 | .00 | 10.00 | |
| 12-16-96 | 97014 | ELECTRIC STIMULATION | | 6.00 | .00 | 6.00 | |
| 12-16-96 | 97124 | MASSAGE | | 3.00 | .00 | 3.00 | |
| 12-23-96 | 97260 | MANIPULATION | | 24.00 | .00 | 24.00 | |
| 12-23-96 | 97026 | INFRARED | | 20.00 | .00 | 20.00 | |
| 12-23-96 | 97014 | ELECTRIC STIMULATION | | 10.00 | .00 | 10.00 | |
| 12-23-96 | 97014 | ELECTRIC STIMULATION | | 6.00 | .00 | 6.00 | |
| 12-23-96 | 97124 | MASSAGE | | 3.00 | .00 | 3.00 | |
| 12-27-96 | 97260 | MANIPULATION | | 24.00 | .00 | 24.00 | |
| 12-27-96 | 97026 | INFRARED | | 20.00 | .00 | 20.00 | |
| 12-27-96 | 97014 | ELECTRIC STIMULATION | | 10.00 | .00 | 10.00 | |
| 12-27-96 | 97014 | ELECTRIC STIMULATION | | 6.00 | .00 | 6.00 | |
| 12-27-96 | 97124 | MASSAGE | | 3.00 | .00 | 3.00 | |
| 12-30-96 | 97260 | MANIPULATION | | 24.00 | .00 | 24.00 | |
| 12-30-96 | 97026 | INFRARED | | 20.00 | .00 | 20.00 | |
| 12-30-96 | 97014 | ELECTRIC STIMULATION | | 10.00 | .00 | 10.00 | |
| 12-30-96 | 97014 | ELECTRIC STIMULATION | | 6.00 | .00 | 6.00 | |
| 12-30-96 | 97124 | MASSAGE | | 3.00 | .00 | 3.00 | |
| 01-03-97 | 97260 | MANIPULATION | | 24.00 | .00 | 24.00 | |
| 01-03-97 | 97026 | INFRARED | | 20.00 | .00 | 20.00 | |
| 01-03-97 | 97014 | ELECTRIC STIMULATION | | 10.00 | .00 | 10.00 | |
| 01-03-97 | 97014 | ELECTRIC STIMULATION | | 6.00 | .00 | 6.00 | |
| 01-03-97 | 97124 | MASSAGE | | 3.00 | .00 | 3.00 | |
| 01-06-97 | 97260 | MANIPULATION | | 24.00 | .00 | 24.00 | |
| 01-06-97 | 97026 | INFRARED | | 20.00 | .00 | 20.00 | |

Continued on next page

Direct inquiries regarding this review to:
AMERICAN STATES INSURANCE
MEDICAL BILL SERVICE CENTER
500 N. MERIDIAN ST.
INDIANAPOLIS, IN 46204
1(800)262-7407

/CAN STATES INSURANCE COMPANY

.ovider:371100405
LAWRENCE SHIPLEY
2502 PONTOON ROAD
GRANITE CITY, IL, 62040

Bill ID:189704091301520 8MCA
Claim:3230039854
Claimant:00
JANE PODRAZA
Injured:09-13-1996

Payee:371100405
LAWRENCE SHIPLEY
2502 PONTOON ROAD
GRANITE CITY, IL, 62040

Insured:02BO170880
CHR-ASH CORP.

Adjustor-ID: 22256

ICD9:723.4 BRACHIAL NEURITIS OR RADICULITIS NOS

| Date | Service | | Mods | Charge | Reduction | Allowance | Reason |
|---|---|---|---|---|---|---|---|
| 01-06-97 | 97014 | ELECTRIC STIMULATION | | 10.00 | .00 | 10.00 | |
| 01-06-97 | 97014 | ELECTRIC STIMULATION | | 6.00 | .00 | 6.00 | |
| 01-06-97 | 97124 | MASSAGE | | 3.00 | .00 | 3.00 | |
| 01-13-97 | 97260 | MANIPULATION | | 24.00 | .00 | 24.00 | |
| 01-13-97 | 97026 | INFRARED | | 20.00 | .00 | 20.00 | |
| 01-13-97 | 97014 | ELECTRIC STIMULATION | | 10.00 | .00 | 10.00 | |
| 01-13-97 | 97014 | ELECTRIC STIMULATION | | 6.00 | .00 | 6.00 | |
| 01-13-97 | 97124 | MASSAGE | | 3.00 | .00 | 3.00 | |
| 01-20-97 | 97260 | MANIPULATION | | 24.00 | .00 | 24.00 | 36 |
| 01-20-97 | 97026 | INFRARED | | 20.00 | .00 | 20.00 | 36 |
| 01-20-97 | 97014 | ELECTRIC STIMULATION | | 10.00 | .00 | 10.00 | 36 |
| 01-20-97 | 97014 | ELECTRIC STIMULATION | | 6.00 | .00 | 6.00 | 36 |
| 01-20-97 | 97124 | MASSAGE | | 3.00 | .00 | 3.00 | 36 |
| 02-05-97 | 99213 | SUBSEQUENT VISIT | | 65.00 | 11.45 | 53.55 | 36 40 |
| 02-05-97 | 97260 | MANIPULATION | | 24.00 | .00 | 24.00 | 36 |
| 02-05-97 | 97026 | INFRARED | | 20.00 | .00 | 20.00 | 36 |
| 02-05-97 | 97014 | ELECTRIC STIMULATION | | 10.00 | .00 | 10.00 | 36 |
| 02-05-97 | 97014 | ELECTRIC STIMULATION | | 6.00 | .00 | 6.00 | 36 |
| 02-05-97 | 97124 | MASSAGE | | 3.00 | .00 | 3.00 | 36 |
| | Totals | | | 2,798.00 | 64.35 | 2,733.65 | |

** Reduction Explanations:

RC 36 THE NUMBER OF TIMES THAT THIS PATIENT IS BEING SEEN IS APPROACHING A NUMBER OF VISITS THAT WOULD APPEAR TO BE UNREASONABLE FOR THE CONDITIONS FOR WHICH THE PATIENT IS BEING TREATED. PLEASE FURNISH DOCUMENTATION OF MEDICAL NECESSITY

Continued on next page

Direct inquiries regarding this review to:
AMERICAN STATES INSURANCE
MEDICAL BILL SERVICE CENTER
500 N. MERIDIAN ST.
INDIANAPOLIS, IN 46204
1(800)262-7407

ICAN STATES INSURANCE COMPANY

Page

rovider:371100405
LAWRENCE SHIPLEY
2502 PONTOON ROAD
GRANITE CITY, IL, 62040

Bill ID:1997040913015208MCA
Claim:2230039854
Claimant:00
JANE PODRAZA
Injured:09-13-1996

Payee:371100405
LAWRENCE SHIPLEY
2502 PONTOON ROAD
GRANITE CITY, IL, 62040

Insured:0280170880
CHR-ASH CORP.

Adjustor-ID: 22256

RC 40 This procedure was reduced because the charges exceeded an amount that would appear reasonable when the charges are compared to the charges of other providers within the same geographic area.

RC 43 The level of service rendered this patient exceeds the level that would appear to be appropriate for the conditions being treated.

Direct inquiries regarding this review to:
AMERICAN STATES INSURANCE
MEDICAL BILL SERVICE CENTER
500 N. MERIDIAN ST.
INDIANAPOLIS, IN 46204
1(800)262-7407

AMERICAN STATES INSURANCE COMPANY

Page

Provider:371100405
LAWRENCE SHIPLEY
2502 PONTOON ROAD
GRANITE CITY, IL, 62040

Bill ID:1997040913015208MCA
Claim:2230039854
Claimant:00
JANE PODRAZA
Injured:09-13-1996

Payee:371100405
LAWRENCE SHIPLEY
2502 PONTOON ROAD
GRANITE CITY, IL, 62040

Insured:02BO170880
CHR-ASH CORP.

Adjustor-ID: 22256

ICD9:723.4 BRACHIAL NEURITIS OR RADICULITIS NOS

| Date | Service | | Mods | Charge | Reduction | Allowance | Reasons |
|---|---|---|---|---|---|---|---|
| 09-30-96 | 72050 | XRAY EXAM SPINE | | 120.00 | .00 | 120.00 | |
| 09-30-96 | 72070 | XRAY EXAM SPINE | | 80.00 | .00 | 80.00 | |
| 09-30-96 | 72100 | XRAY EXAM SPINE | | 80.00 | .00 | 80.00 | |
| 09-30-96 | 99204 | INITIAL VISIT | | 100.00 | .00 | 100.00 | |
| 09-30-96 | 97260 | MANIPULATION | | 24.00 | .00 | 24.00 | |
| 09-30-96 | 97014 | ELECTRIC STIMULATION | | 10.00 | .00 | 10.00 | |
| 09-30-96 | 97014 | ELECTRIC STIMULATION | | 6.00 | .00 | 6.00 | |
| 09-30-96 | 97124 | MASSAGE | | 3.00 | .00 | 3.00 | |
| 09-30-96 | 99070 | SUPPLIES MATERIALS | | 14.00 | .00 | 14.00 | |
| 10-02-96 | 97260 | MANIPULATION | | 24.00 | .00 | 24.00 | |
| 10-02-96 | 97014 | ELECTRIC STIMULATION | | 10.00 | .00 | 10.00 | |
| 10-02-96 | 97014 | ELECTRIC STIMULATION | | 6.00 | .00 | 6.00 | |
| 10-02-96 | 97124 | MASSAGE | | 3.00 | .00 | 3.00 | |
| 10-04-96 | 97260 | MANIPULATION | | 24.00 | .00 | 24.00 | |
| 10-04-96 | 97026 | INFRARED | | 20.00 | .00 | 20.00 | |
| 10-04-96 | 97014 | ELECTRIC STIMULATION | | 10.00 | .00 | 10.00 | |
| 10-04-96 | 97014 | ELECTRIC STIMULATION | | 6.00 | .00 | 6.00 | |
| 10-04-96 | 97124 | MASSAGE | | 3.00 | .00 | 3.00 | |
| 10-14-96 | 97260 | MANIPULATION | | 24.00 | .00 | 24.00 | |
| 10-14-96 | 97026 | INFRARED | | 20.00 | .00 | 20.00 | |
| 10-14-96 | 97014 | ELECTRIC STIMULATION | | 10.00 | .00 | 10.00 | |
| 10-14-96 | 97014 | ELECTRIC STIMULATION | | 6.00 | .00 | 6.00 | |
| 10-14-96 | 97124 | MASSAGE | | 3.00 | .00 | 3.00 | |
| 10-16-96 | 97260 | MANIPULATION | | 24.00 | .00 | 24.00 | |
| 10-16-96 | 97026 | INFRARED | | 20.00 | .00 | 20.00 | |
| 10-16-96 | 97014 | ELECTRIC STIMULATION | | 10.00 | .00 | 10.00 | |

Continued on next page

Direct inquiries regarding this review to:
AMERICAN STATES INSURANCE
MEDICAL BILL SERVICE CENTER
500 N. MERIDIAN ST.
INDIANAPOLIS, IN 46204
1(800)262-7407

AN STATES INSURANCE COMPANY

Bill ID:1997040913015208MCA
Claim:2230039854
Claimant:00
JANE PODRAZA
Injured:09-13-1996

Insured:0280170880
CHR-ASH CORP.

ovider:371100405
LAWRENCE SHIPLEY
2502 PONTOON ROAD
GRANITE CITY, IL, 62040

Payee:371100405
LAWRENCE SHIPLEY
2502 PONTOON ROAD
GRANITE CITY, IL, 62040

Adjustor-ID: 22256

ICD9:723.4 BRACHIAL NEURITIS OR RADICULITIS NOS

| Date | Service | | Mods | Charge | Reduction | Allowance | Reasons |
|---|---|---|---|---|---|---|---|
| 10-16-96 | 97014 | ELECTRIC STIMULATION | | 6.00 | .00 | 6.00 | |
| 10-16-96 | 97124 | MASSAGE | | 3.00 | .00 | 3.00 | |
| 10-18-96 | 97260 | MANIPULATION | | 24.00 | .00 | 24.00 | |
| 10-18-96 | 97026 | INFRARED | | 20.00 | .00 | 20.00 | |
| 10-18-96 | 97014 | ELECTRIC STIMULATION | | 10.00 | .00 | 10.00 | |
| 10-18-96 | 97014 | ELECTRIC STIMULATION | | 6.00 | .00 | 6.00 | |
| 10-18-96 | 97124 | MASSAGE | | 3.00 | .00 | 3.00 | |
| 10-21-96 | 97260 | MANIPULATION | | 24.00 | .00 | 24.00 | |
| 10-21-96 | 97026 | INFRARED | | 20.00 | .00 | 20.00 | |
| 10-21-96 | 97014 | ELECTRIC STIMULATION | | 10.00 | .00 | 10.00 | |
| 10-21-96 | 97014 | ELECTRIC STIMULATION | | 6.00 | .00 | 6.00 | |
| 10-21-96 | 97124 | MASSAGE | | 3.00 | .00 | 3.00 | |
| 10-23-96 | 97260 | MANIPULATION | | 24.00 | .00 | 24.00 | |
| 10-23-96 | 97026 | INFRARED | | 20.00 | .00 | 20.00 | |
| 10-23-96 | 97014 | ELECTRIC STIMULATION | | 10.00 | .00 | 10.00 | |
| 10-23-96 | 97014 | ELECTRIC STIMULATION | | 6.00 | .00 | 6.00 | |
| 10-23-96 | 97124 | MASSAGE | | 3.00 | .00 | 3.00 | |
| 10-25-96 | 97260 | MANIPULATION | | 24.00 | .00 | 24.00 | |
| 10-25-96 | 97026 | INFRARED | | 20.00 | .00 | 20.00 | |
| 10-25-96 | 97014 | ELECTRIC STIMULATION | | 10.00 | .00 | 10.00 | |
| 10-25-96 | 97014 | ELECTRIC STIMULATION | | 6.00 | .00 | 6.00 | |
| 10-25-96 | 97124 | MASSAGE | | 3.00 | .00 | 3.00 | |
| 10-28-96 | 97260 | MANIPULATION | | 24.00 | .00 | 24.00 | |
| 10-28-96 | 97026 | INFRARED | | 20.00 | .00 | 20.00 | |
| 10-28-96 | 97014 | ELECTRIC STIMULATION | | 10.00 | .00 | 10.00 | |
| 10-28-96 | 97014 | ELECTRIC STIMULATION | | 6.00 | .00 | 6.00 | |

Continued on next page

Direct inquiries regarding this review to:
AMERICAN STATES INSURANCE
MEDICAL BILL SERVICE CENTER
500 N. MERIDIAN ST.
INDIANAPOLIS, IN 46204
1(800)262-7407

/CAN STATES INSURANCE COMPANY

rovider:371100405
LAWRENCE SHIPLEY
2502 PONTOON ROAD
GRANITE CITY, IL, 62040

Bill ID:19970409130152 08MCA
Claim:2230039854
Claimant:00
JANE PODRAZA
Injured:09-13-1996

Payee:371100405
LAWRENCE SHIPLEY
2502 PONTOON ROAD
GRANITE CITY, IL, 62040

Insured:02B0170880
CHR-ASH CORP.

Adjustor-ID: 22256

ICD9:723.4 BRACHIAL NEURITIS OR RADICULITIS NOS

| Date | Service | | Mods | Charge | Reduction | Allowance | Reason |
|---|---|---|---|---|---|---|---|
| 10-28-96 | 97124 | MASSAGE | | 3.00 | .00 | 3.00 | |
| 10-30-96 | 97260 | MANIPULATION | | 24.00 | .00 | 24.00 | |
| 10-30-96 | 97026 | INFRARED | | 20.00 | .00 | 20.00 | |
| 10-30-96 | 97014 | ELECTRIC STIMULATION | | 10.00 | .00 | 10.00 | |
| 10-30-96 | 97014 | ELECTRIC STIMULATION | | 6.00 | .00 | 6.00 | |
| 10-30-96 | 97124 | MASSAGE | | 3.00 | .00 | 3.00 | |
| 11-01-96 | 97260 | MANIPULATION | | 24.00 | .00 | 24.00 | |
| 11-01-96 | 97026 | INFRARED | | 20.00 | .00 | 20.00 | |
| 11-01-96 | 97014 | ELECTRIC STIMULATION | | 10.00 | .00 | 10.00 | |
| 11-01-96 | 97014 | ELECTRIC STIMULATION | | 6.00 | .00 | 6.00 | |
| 11-01-96 | 97124 | MASSAGE | | 3.00 | .00 | 3.00 | |
| 11-05-96 | 97260 | MANIPULATION | | 24.00 | .00 | 24.00 | |
| 11-05-96 | 97026 | INFRARED | | 20.00 | .00 | 20.00 | |
| 11-05-96 | 97014 | ELECTRIC STIMULATION | | 10.00 | .00 | 10.00 | |
| 11-05-96 | 97014 | ELECTRIC STIMULATION | | 6.00 | .00 | 6.00 | |
| 11-05-96 | 97124 | MASSAGE | | 3.00 | .00 | 3.00 | |
| 11-07-96 | 97260 | MANIPULATION | | 24.00 | .00 | 24.00 | |
| 11-07-96 | 97026 | INFRARED | | 20.00 | .00 | 20.00 | |
| 11-07-96 | 97014 | ELECTRIC STIMULATION | | 10.00 | .00 | 10.00 | |
| 11-07-96 | 97014 | ELECTRIC STIMULATION | | 6.00 | .00 | 6.00 | |
| 11-07-96 | 97124 | MASSAGE | | 3.00 | .00 | 3.00 | |
| 11-11-96 | 97260 | MANIPULATION | | 24.00 | .00 | 24.00 | |
| 11-11-96 | 97026 | INFRARED | | 20.00 | .00 | 20.00 | |
| 11-11-96 | 97014 | ELECTRIC STIMULATION | | 10.00 | .00 | 10.00 | |
| 11-11-96 | 97014 | ELECTRIC STIMULATION | | 6.00 | .00 | 6.00 | |
| 11-11-96 | 97124 | MASSAGE | | 3.00 | .00 | 3.00 | |

Continued on next page

Direct inquiries regarding this review to:
AMERICAN STATES INSURANCE
MEDICAL BILL SERVICE CENTER
500 N. MERIDIAN ST.
INDIANAPOLIS, IN 46204
1(800)262-7407

# AFFIDAVIT

State of Indiana

County of Marion

NAME OF INSURED: CHR ASH CORP.
DBA THE MEDICINE SHOPPE

POLICY NUMBER: 02-BO-170830-9

POLICY DATES: 11-28-95 TO 11-28-96

Teresa Duke being duly sworn on oath says she is an archivist of American Economy Insurance Company and that she has compared the attached copies of the insurance policy number listed above and endorsements with the original records of the policy of insurance and endorsements contained in the Company's files and that the same is a true and exact recital of all the provisions in the said original policy and endorsements attached thereto.

Teresa Duke

Subscribed and sworn to before me
on April 9, 2003.

Deborah A. Wilhoite
Notary Public

DEBORAH A. WILHOITE
NOTARY PUBLIC
BOONE COUNTY STATE OF INDIANA
MY COMMISSION EXPIRES MAY 20, 2010

EXHIBIT B

AMERICAN STATES INSURANCE

[illegible] INSURANCE COMPANY

[illegible]

ULTRA SELECT

[illegible] CORP.
DBA THE MEDICINE SHOPPE
3675 [illegible] RD
GRANITE CITY, IL [illegible]

AMENDED DECLARATIONS

EFFECTIVE: 07-[illegible]

POLICY NUMBER: 02-BC-17[illegible]

[illegible] 02-BC-171680-[illegible]

IRVING INSURANCE AGENCY
[illegible] STREET
CARLYLE, IL 62231

12-3997[illegible] (618) 594-[illegible]

[illegible] 11-22-95 [illegible] 12:01 A.M.

CORPORATION

[illegible] ADDITIONAL PREMIUM [illegible]

[illegible]

ADDITIONAL INSURED

PREMISES [illegible]

ADDITIONAL INSURED

PREMISES [illegible]

[illegible]

04/23/2003 11:37

[illegible] DECLARATIONS EXTENSION

[illegible] INSURED: C[illegible]-ASH CORP. POLICY NUMBER 02-BO-[illegible]-9

| | | | |
|---|---|---|---|
| PREMISES / BUILDING | 3675 [illegible] RD<br>GRANITE CITY, IL 620[illegible] | CONSTRUCTION<br>OCCUPANCY | JOISTED MASONRY<br>DRUG STORE |

[illegible] [illegible] [illegible]

| EXCEPT WHERE NOTED BELOW, A DEDUCTIBLE OF $ [illegible] APPLIES | LIMITS OF INSURANCE |
|---|---|
| BUSINESS PERSONAL PROPERTY | $ 130,000 |
| BUSINESS INCOME (NOT EXCEEDING 12 CONSECUTIVE MONTHS) DEDUCTIBLE: NONE | ACTUAL LOSS SUSTAINED |
| FIRE LEGAL LIABILITY (ANY ONE FIRE OR EXPLOSION) DEDUCTIBLE: NONE | $ 100,000 |
| OUTDOOR SIGNS (DEDUCTIBLE: $[illegible]) | |
| MONEY AND SECURITIES (DEDUCTIBLE: $ 250): | |
| INSIDE THE PREMISES | $ [illegible],000 |
| OUTSIDE THE PREMISES | $ 10,000 |
| ACCOUNTS RECEIVABLE | $ [illegible] |
| VALUABLE PAPERS AND RECORDS | $ 5,000 |
| EXTERIOR GRADE FLOOR GLASS (DEDUCTIBLE: $250) | $ 5,000 |
| | NO LIMIT APPLIES |

04/23/2003 11:37AM

POLICY DECLARATIONS EXTENSION

NAMED INSURED: CHR-ASH CORP.

POLICY NUMBER: 03-BO 70590-9

[illegible] 2601 [illegible]

[illegible]

CONSTRUCTION: [illegible]

OCCUPANCY: [illegible]

[illegible]

EXCEPT [illegible] 250 APPLIES

| | LIMITS OF INSURANCE |
|---|---|
| BUSINESS PERSONAL PROPERTY | |
| BUSINESS INCOME [illegible] EXCEEDING [illegible] MONTHS) | $ [illegible] |
| DEDUCTIBLE [illegible] | ACTUAL LOSS SUSTAINED |
| FIEL [illegible] | $ [illegible] |
| DEDUCTIBLE [illegible] | |
| OUTDOOR SIGNS [illegible] | |
| [illegible] | $ [illegible] |
| VALUABLE PAPERS AND RECORDS (?) | $ [illegible] |

04/23/2003 11:37AM

POLICY NUMBER [illegible]

[illegible] INSURED [illegible]

| APPLICABLE TO ALL [illegible] | [illegible] | [illegible] | LIMITS OF INSURANCE |
| --- | --- | --- | --- |
| BUSINESS LIABILITY | | | |
| LIABILITY AND MEDICAL EXPENSES | [illegible] | | |
| MEDICAL EXPENSES [illegible] | [illegible] | | |
| AGGREGATE LIMITS | | | |
| PRODUCTS-COMPLETED OPERATIONS | [illegible] | [illegible] | [illegible] |
| ALL OTHER INJURY | [illegible] | [illegible] | [illegible] |
| HIRED AUTO AND NON-OWNED [illegible] | [illegible] | | [illegible] |
| EMPLOYEE DISHONESTY [illegible] | [illegible] | | [illegible] |

[illegible]

AMERICAN STATES INSURANCE

AMERICAN ECONOMY INSURANCE COMPANY
INDIANAPOLIS, INDIANA
ULTRA SELECT

CHR-ASH CORP.
DBA THE MEDICINE SHOPPE
3675 NAMEOKI RD
GRANITE CITY, IL 62040

RENEWAL DECLARATIONS

POLICY NUMBER 02-80-170860-9
02-80-170860-8

AGENT NAME AND ADDRESS
IMMING INSURANCE AGENCY
589 NINTH STREET
CARLYLE, IL 62231
12-39975 (618) 594-4536

POLICY PERIOD FROM 11-28-95 TO 11-28-96
STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE

CORPORATION

TOTAL ANNUAL PREMIUM
DUE ON EFFECTIVE DATE: $894.00

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

THIS RENEWAL SERVES THE SAME PURPOSE AS ISSUING A NEW POLICY WITH THE SAME PROVISIONS, CONDITIONS AND INSURING AGREEMENTS. THE POLICY DECLARATIONS EXTENSION WHICH FOLLOWS LISTS ALL OF THE FORMS THAT APPLY TO YOUR RENEWAL AND THOSE, IF ANY, WHICH NO LONGER APPLY. ANY NEW OR REVISED FORMS ARE ATTACHED TO THIS RENEWAL. YOU MUST ADD THEM TO YOUR PRIOR POLICY.

ADDITIONAL INSURED
PREMISES OF: MEDICINE SHOPPE INT'L [illegible]
[illegible]
ST LOUIS, MO 63132

ADDITIONAL INSURED
PREMISES OF: [illegible] DEVELOPMENT CO.
[illegible] MANCHESTER ROAD
ST. LOUIS, MO 63131

POLICY DECLARATIONS EXTENSION

NAMED INSURED: CHR-ASH CORP.

POLICY NUMBER: 02-30-170860-9

| PREMISES 1 BUILDING 1 | 3675 NAMEOKI RD GRANITE CITY, IL 62040 | CONSTRUCTION: OCCUPANCY: | JOISTED MASONRY DRUG STORE |
|---|---|---|---|

| APPLICABLE TO THESE PREMISES | LIMITS OF INSURANCE |
|---|---|
| EXCEPT WHERE NOTED BELOW, A DEDUCTIBLE OF $ 250 APPLIES | |
| BUSINESS PERSONAL PROPERTY | $ 61,000 |
| BUSINESS INCOME (NOT EXCEEDING 12 CONSECUTIVE MONTHS) DEDUCTIBLE: NONE | ACTUAL LOSS SUSTAINED |
| FIRE LEGAL LIABILITY (ANY ONE FIRE OR EXPLOSION) DEDUCTIBLE: NONE | $ 100,000 |
| OUTDOOR SIGNS (DEDUCTIBLE: $ 250) | $ 5,000 |
| MONEY AND SECURITIES (DEDUCTIBLE: $ 250) | |
| INSIDE THE PREMISES | $ 10,000 |
| OUTSIDE THE PREMISES | $ 2,000 |
| ACCOUNTS RECEIVABLE | $ 5,000 |
| VALUABLE PAPERS AND RECORDS | $ 5,000 |
| EXTERIOR GRADE FLOOR GLASS (DEDUCTIBLE: $250) | NO LIMIT APPLIES |

04/23/2003 11:37AM

POLICY DECLARATIONS EXTENSION

NAMED INSURED: CHR-ASH CORP.

POLICY NUMBER: 02-EO-170680-9

| PREMISES 2 BUILDING 1 | 2901 PONTOON ROAD GRANITE CITY, IL 62000 | CONSTRUCTION: OCCUPANCY: | FRAME PERSONAL PROPERTY |
|---|---|---|---|

| APPLICABLE TO THESE PREMISES | LIMITS OF INSURANCE |
|---|---|
| EXCEPT WHERE NOTED BELOW, A DEDUCTIBLE OF $ 250 APPLIES | |
| BUSINESS PERSONAL PROPERTY | $ 1,000 |
| BUSINESS INCOME (NOT EXCEEDING 12 CONSECUTIVE MONTHS) DEDUCTIBLE: NONE | ACTUAL LOSS SUSTAINED |
| FIRE LEGAL LIABILITY (ANY ONE FIRE OR EXPLOSION) DEDUCTIBLE: NONE | $ 50,000 |
| OUTDOOR SIGNS (DEDUCTIBLE: $ 250) | $ 5,000 |
| ACCOUNTS RECEIVABLE | $ 5,000 |
| VALUABLE PAPERS AND RECORDS | $ 7,000 |

POLICY DECLARATIONS EXTENSION

NAMED INSURED: CHR-ASH CORP.

POLICY NUMBER: 02-30-170850-9

| APPLICABLE TO ALL PREMISES YOU OWN, RENT OR OCCUPY | LIMITS OF INSURANCE |
|---|---|
| BUSINESS LIABILITY: | |
| LIABILITY AND MEDICAL EXPENSES | $ 1,000,000 |
| MEDICAL EXPENSES (ANY ONE PERSON) | $ 10,000 |
| AGGREGATE LIMITS: | |
| PRODUCTS-COMPLETED OPERATIONS AGGREGATE LIMIT | $ 1,000,000 |
| ALL OTHER INJURY OR DAMAGE (ALL OCCURRENCES) | $ 2,000,000 |
| HIRED AUTO AND NON-OWNED AUTO LIABILITY | SEE BUSINESS LIABILITY |
| EMPLOYEE DISHONESTY (DEDUCTIBLE: $ 250) | $ 5,000 |

TOTAL TERM PREMIUM $ 894.00

POLICY DECLARATIONS EXTENSION

NAMED INSURED: CHR-ASH CORP.

POLICY NUMBER. 02-BQ-170880-9

THE FOLLOWING FORMS CURRENTLY APPLY TO THIS POLICY:

BP0002(1292) SPECIAL PROPERTY COVERAGE FORM
BP7072(0793) BOP ULTRA PROPERTY PLUS
BP0403(0187) ACCOUNTS RECEIVABLE COV
BP7030(0390) VALUABLE PAPERS & RECORDS COV
BP0006(1292) LIABILITY COVERAGE FORM
IL0126(0492) ILLINOIS CHANGES
IL7201(0392) COMPANY COMMON POL CONDITIONS
BP7635(0589) BOP ULTRA PLUS LIABILITY ENDT
BP0402(0187) ADDL INS-MANAGE-LESSOR OF PREM
BP0404(1292) HIRED AND NON-OWNED AUTO LIAB
IL0003(0689) CALCULATION OF PREMIUM
BP0009(0689) COMMON POLICY CONDITIONS
IL0284(0590) IL CHANGE CANCEL/NON-RENEW

*** REPRINTED FROM THE FORMS LIBRARY ***

BP 70 16 12 92

BUSINESSOWNERS

# QUICK REFERENCE
# SPECIAL BUSINESSOWNERS POLICY
## READ YOUR POLICY CAREFULLY

| | Beginning On Page |
|---|---|
| **BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM - BP 00 02** | |
| A. Coverage | 1 |
| 1. Covered Property | 1 |
| 2. Property Not Covered | 1 |
| 3. Covered Causes of Loss | 1 |
| 4. Limitations | 2 |
| 5. Additional Coverages | 2 |
| 6. Coverage Extensions | 4 |
| B. Exclusions | 5 |
| C. Limits of Insurance | 7 |
| D. Deductibles | 8 |
| E. Property Loss Conditions | 8 |
| 1. Abandonment | 8 |
| 2. Appraisal | 8 |
| 3. Duties in the Event of Loss or Damage | 8 |
| 4. Legal Action Against Us | 9 |
| 5. Limitation-Electronic Media and Records | 9 |
| 6. Loss Payment | 9 |
| 7. Recovered Property | 11 |
| 8. Resumption of Operations | 11 |
| 9. Vacancy | 11 |
| F. Property General Conditions | 11 |
| 1. Control of Property | 11 |
| 2. Mortgage Holders | 12 |
| 3. No Benefit to Bailee | 12 |
| 4. Policy Period, Coverage Territory | 12 |
| G. Optional Coverages | 12 |
| 1. Outdoor Signs | 12 |
| 2. Exterior Glass | 13 |
| 3. Interior Glass | 13 |
| 4. Money and Securities | 14 |
| 5. Employee Dishonesty | 14 |
| 6. Mechanical Breakdown | 15 |
| H. Property Definitions | 16 |
| 1. "Money" | 16 |
| 2. "Operations" | 16 |
| 3. "Period of Restoration" | 16 |
| 4. "Pollutants" | 17 |
| 5. "Securities" | 17 |
| 6. "Specified Causes of Loss" | 17 |
| **BUSINESSOWNERS - LIABILITY COVERAGE FORM - BP 00 06** | |
| A. Coverages | 1 |
| 1. Business Liability | 1 |
| 2. Medical Expenses | 2 |
| B. Exclusions | 2 |
| 1. Applicable to Business Liability Coverage | 2 |
| 2. Applicable to Medical Expenses Coverage | 5 |
| 3. Applicable to both Business Liability Coverage and Medical Expenses Coverage - Nuclear Energy Liability Exclusion | 5 |
| C. Who Is An Insured | 6 |
| D. Liability and Medical Expenses Limits of Insurance | 7 |
| E. Liability and Medical Expenses General Conditions | 8 |
| 1. Bankruptcy | 8 |
| 2. Duties in the Event of Occurrence, Claim or Suit | 8 |
| 3. Financial Responsibility Laws | 8 |
| 4. Legal Action Against Us | 8 |
| 5. Separation of Insureds | 8 |
| F. Liability and Medical Expenses Definitions | 9 |
| 1. "Advertising Injury" | 9 |
| 2. "Auto" | 9 |
| 3. "Bodily Injury" | 9 |
| 4. "Coverage Territory" | 9 |
| 5. "Impaired Property" | 9 |
| 6. "Insured Contract" | 9 |
| 7. "Loading or Unloading" | 10 |
| 8. "Mobile Equipment" | 10 |
| 9. "Occurrence" | 10 |
| 10. "Personal Injury" | 10 |
| 11. "Products-Completed Operations Hazard" | 10 |
| 12. "Property Damage" | 11 |
| 13. "Suit" | 11 |
| 14. "Your Product" | 11 |
| 15. "Your Work" | 11 |
| **BUSINESSOWNERS COMMON POLICY CONDITIONS - BP 00 09** | |
| A. Cancellation | 1 |
| B. Changes | 1 |
| C. Concealment, Misrepresentation or Fraud | 1 |
| D. Examination of Your Books and Records | 1 |
| E. Inspections and Surveys | 2 |
| F. Insurance Under Two or More Coverages | 2 |
| G. Liberalization | 2 |
| H. Other Insurance | 2 |
| I. Premiums | 2 |
| J. Transfer of Rights of Recovery Against Others to Us | 2 |
| K. Transfer of Your Rights and Duties Under This Policy | 3 |

Copyright, Insurance Services Office, Inc., 1992

*** REPRINTED FROM THE FORMS LIBRARY ***

04/23/2003 11:37AM

Page 101 of 751

# BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to SECTION H - PROPERTY DEFINITIONS.

A. COVERAGE

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

1. Covered Property

Covered Property, as used in this policy, means the following types of property for which a Limit of Insurance is shown in the Declarations:

a. Buildings, meaning the buildings and structures at the premises described in the Declarations, including:
   (1) Completed additions;
   (2) Permanently installed:
      (a) Fixtures;
      (b) Machinery; and
      (c) Equipment;
   (3) Your personal property in apartments or rooms furnished by you as landlord;
   (4) Outdoor fixtures;
   (5) Personal property owned by you that is used to maintain or service the buildings or structures or the premises, including:
      (a) Fire extinguishing equipment;
      (b) Outdoor furniture;
      (c) Floor coverings; and
      (d) Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;
   (6) If not covered by other insurance:
      (a) Additions under construction, alterations and repairs to the buildings or structures;
      (b) Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the buildings or structures.

b. Business Personal Property located in or on the buildings at the described premises or in the open (or in a vehicle) within 100 feet of the described premises, including:
   (1) Property you own that is used in your business;
   (2) Property of others that is in your care, custody or control; but this property is not covered for more than the amount for which you are legally liable, plus the cost of labor, materials or services furnished or arranged by you on personal property of others; and
   (3) Tenant's improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:
      (a) Made a part of the building or structure you occupy but do not own; and
      (b) You acquired or made at your expense but cannot legally remove.

2. Property Not Covered

Covered Property does not include:

a. Aircraft, automobiles, motortrucks and other vehicles subject to motor vehicle registration;
b. "Bullion," "money" or "securities";
c. Contraband, or property in the course of illegal transportation or trade;
d. Land (including land on which the property is located), water, growing crops or lawns;
e. Outdoor fences, radio or television antennas, including their lead-in wiring, masts or towers, signs (other than signs attached to buildings), trees, shrubs or plants, all except as provided in the:
   (1) Outdoor Property Coverage Extension; or
   (2) Outdoor Signs Optional Coverage;
f. Watercraft (including motors, equipment and accessories) while afloat.

3. Covered Causes of Loss

RISKS OF DIRECT PHYSICAL LOSS unless the loss is:

a. Excluded in Section B., Exclusions; or
b. Limited in Paragraph A.4., Limitations; that follow.

Copyright, Insurance Services Office, Inc., 1992

04/23/2003 11:37AM

4. Limitations

a. We will not pay for loss of or damage to:

(1) Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

(2) Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment other than an explosion.

(3) Property that is missing, but there is no physical evidence to show what happened to it, such as shortage disclosed on taking inventory. This limitation does not apply to the Optional Coverage for Money and Securities.

(4) Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

b. With respect to glass (other than glass building blocks) that is part of the interior or exterior of a building or structure, or part of an outdoor sign, we will not pay more than $500 for the total of all loss or damage in any one occurrence. Subject to the $500 limit on all loss or damage, we will not pay more than $100 for each plate, pane, multiple plate insulating unit, radiant or solar heating panel, jalousie, louver or shutter.

This Limitation does not apply to loss or damage by the "specified causes of loss", except vandalism.

c. We will not pay for loss of or damage to fragile articles such as glassware, statuary, marbles, chinaware and porcelains, if broken, unless caused by the "specified causes of loss" or building glass breakage. This restriction does not apply to:

(1) Glass that is part of the interior or exterior of a building or structure;

(2) Containers of property held for sale; or

(3) Photographic or scientific instrument lenses.

d. For loss or damage by theft, the following types of property are covered only up to the limits shown:

(1) $2,500 for furs, fur garments and garments trimmed with fur.

(2) $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

(3) $2,500 for patterns, dies, molds and forms.

5. Additional Coverages

a. Debris Removal

(1) We will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the earlier of:

(a) The date of direct physical loss or damage; or

(b) The end of the policy period.

(2) The most we will pay under this Additional Coverage is 25% of:

(a) The amount we pay for the direct physical loss of or damage to Covered Property; plus

(b) The deductible in this policy applicable to that loss or damage.

But this limitation does not apply to any additional debris removal limit provided in paragraph (4) below.

(3) This Additional Coverage does not apply to costs to:

(a) Extract "pollutants" from land or water; or

(b) Remove, restore or replace polluted land or water.

(4) If:

(a) The sum of direct physical loss or damage and debris removal expense exceeds the Limit of Insurance; or

(b) The debris removal expense exceeds the amount payable under the 25% Debris Removal coverage limitation in paragraph (2) above;

Copyright, Insurance Services Office, Inc., 1992

we will pay up to an additional $5,000 for each location in any one occurrence under the Debris Removal Additional Coverage.

b. Preservation of Property

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss of or damage to that property:

(1) While it is being moved or while temporarily stored at another location; and

(2) Only if the loss or damage occurs within 10 days after the property is first moved.

c. Fire Department Service Charge

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $1,000 for your liability for fire department service charges:

(1) Assumed by contract or agreement prior to loss; or

(2) Required by local ordinance.

d. Collapse

We will pay for loss or damage caused by or resulting from risks of direct physical loss involving collapse of a building or any part of a building caused only by one or more of the following:

(1) The "specified causes of loss" or breakage of building glass, all only as insured against in this policy;

(2) Hidden decay;

(3) Hidden insect or vermin damage;

(4) Weight of people or personal property;

(5) Weight of rain that collects on a roof;

(6) Use of defective material or methods in construction, remodeling, or renovation if the collapse occurs during the course of the construction, remodeling or renovation.

We will not pay for loss of or damage to the following types of property, if otherwise covered in this policy, under items (2), (3), (4), (5) and (6) unless the loss or damage is a direct result of the collapse of a building:

awnings; gutters and downspouts; yard fixtures; outdoor swimming pools; piers; wharves and docks; beach or diving platforms or appurtenances; retaining walls; walks, roadways and other paved surfaces.

Collapse does not include settling, cracking, shrinkage, bulging or expansion.

e. Water Damage, Other Liquids, Powder or Molten Material Damage

If loss or damage caused by or resulting from covered water or other liquid, powder or molten material damage loss occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes.

We will not pay the cost to repair any defect that caused the loss or damage; but we will pay the cost to repair or replace damaged parts of fire extinguishing equipment if the damage:

(1) Results in discharge of any substance from an automatic fire protection system; or

(2) Is directly caused by freezing.

f. Business Income

We will pay for the actual loss of Business Income you sustain due to the necessary suspension of your "operations" during the "period of restoration". The suspension must be caused by direct physical loss of or damage to property at the described premises, including personal property in the open (or in a vehicle) within 100 feet, caused by or resulting from any Covered Cause of Loss.

We will only pay for loss of Business Income that occurs within 12 consecutive months after the date of direct physical loss or damage. This Additional Coverage is not subject to the Limits of Insurance.

Business Income means the:

(1) Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred; and

(2) Continuing normal operating expenses incurred, including payroll.

Copyright, Insurance Services Office, Inc., 1992

g. Extra Expense

We will pay necessary Extra Expense you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property at the described premises, including personal property in the open (or in a vehicle) within 100 feet, caused by or resulting from a Covered Cause of Loss. Extra Expense means expense incurred:

(1) To avoid or minimize the suspension of business and to continue "operations":

(a) At the described premises; or

(b) At replacement premises or at temporary locations, including:

(i) Relocation expenses; and

(ii) Costs to equip and operate the replacement or temporary locations.

(2) To minimize the suspension of business if you cannot continue "operations".

(3) (a) To repair or replace any property; or

(b) To research, replace or restore the lost information on damaged valuable papers and records;

to the extent it reduces the amount of loss that otherwise would have been payable under this Additional Coverage or Additional Coverage f., Business Income.

We will only pay for Extra Expense that occurs within 12 consecutive months after the date of direct physical loss or damage. This Additional Coverage is not subject to the Limits of Insurance.

h. Pollutant Clean Up and Removal

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the earlier of:

(1) The date of direct physical loss or damage; or

(2) The end of the policy period.

The most we will pay for each location under this Additional Coverage is $10,000 for the sum of all such expenses arising out of Covered Causes of Loss occurring during each separate 12 month period of this policy.

6. Coverage Extensions

In addition to the Limits of Insurance, you may extend the insurance provided by this policy as provided below.

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

a. Personal Property at Newly Acquired Premises

(1) You may extend the insurance that applies to Business Personal Property to apply to that property at any premises you acquire.

The most we will pay for loss or damage under this Extension is $10,000 at each premises.

(2) Insurance under this Extension for each newly acquired premises will end when any of the following first occurs:

(a) This policy expires.

(b) 30 days expire after you acquire or begin construction at the new premises; or

(c) You report values to us.

We will charge you additional premium for values reported from the date you acquire the premises.

b. Personal Property Off Premises

You may extend the insurance that applies to Business Personal Property to apply to covered Business Personal Property, other than money and securities, while it is in course of transit or temporarily at a premises you do not own, lease or operate. The most we will pay for loss or damage under this Extension is $1,000.

Copyright, Insurance Services Office, Inc., 1992

c. Outdoor Property

You may extend the insurance provided by this policy to apply to your outdoor fences, radio and television antennas, signs (other than signs attached to buildings), trees, shrubs and plants, including debris removal expense, caused by or resulting from any of the following causes of loss:

(1) Fire;
(2) Lightning;
(3) Explosion;
(4) Riot or Civil Commotion; or
(5) Aircraft.

The most we will pay for loss or damage under this Extension is $1,000, but not more than $250 for any one tree, shrub or plant.

d. Valuable Papers and Records – Cost of Research

You may extend the insurance that applies to Business Personal Property to apply to your costs to research, replace or restore the lost information on lost or damaged valuable papers and records, including those which exist on electronic or magnetic media, for which duplicates do not exist. The most we will pay under this Extension is $1,000 at each described premises.

B. EXCLUSIONS

1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

a. Ordinance or Law

The enforcement of any ordinance or law:

(1) Regulating the construction, use or repair of any property; or
(2) Requiring the tearing down of any property, including the cost of removing its debris.

b. Earth Movement

(1) Any earth movement (other than sinkhole collapse), such as an earthquake, landslide, mine subsidence or earth sinking, rising or shifting. But if loss or damage by fire or explosion results, we will pay for that resulting loss or damage.
(2) Volcanic eruption, explosion or effusion. But if loss or damage by fire, building glass breakage or volcanic action results, we will pay for that resulting loss or damage.

Volcanic action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

(a) Airborne volcanic blast or airborne shock waves;
(b) Ash, dust, or particulate matter; or
(c) Lava flow.

All volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

Volcanic action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss of or damage to Covered Property.

c. Governmental Action

Seizure or destruction of property by order of governmental authority.

But we will pay for acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this policy.

d. Nuclear Hazard

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if loss or damage by fire results, we will pay for that resulting loss or damage.

e. Power Failure

The failure of power or other utility service supplied to the described premises, however caused, if the failure occurs away from the described premises.

But if loss or damage by a Covered Cause of Loss results, we will pay for that resulting loss or damage.

f. War and Military Action

(1) War, including undeclared or civil war;
(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

Copyright, Insurance Services Office, Inc., 1992

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

g. Water

(1) Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not;

(2) Mudslide or mudflow;

(3) Water that backs up from a sewer or drain; or

(4) Water under the ground surface pressing on, or flowing or seeping through:

(a) Foundations, walls, floors or paved surfaces;

(b) Basements, whether paved or not; or

(c) Doors, windows or other openings.

But if loss or damage by fire, explosion or sprinkler leakage results, we will pay for that resulting loss or damage.

2. We will not pay for loss or damage caused by or resulting from any of the following:

a. Electrical Apparatus: Artificially generated electric current, including electric arcing, that disturbs electrical devices, appliances or wires. But if loss or damage by fire results, we will pay for that resulting loss or damage.

b. Consequential Losses: Delay, loss of use or loss of market.

c. Smoke, Vapor, Gas: Smoke, vapor or gas from agricultural smudging or industrial operations.

d. Steam Apparatus: Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if loss or damage by fire or combustion explosion results, we will pay for that resulting loss or damage. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

e. Frozen Plumbing: Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

(1) You do your best to maintain heat in the building or structure; or

(2) You drain the equipment and shut off the supply if the heat is not maintained.

f. Dishonesty: Dishonest or criminal act by you, any of your partners, employees, directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose:

(1) Acting alone or in collusion with others; or

(2) Whether or not occurring during the hours of employment.

This exclusion does not apply to acts of destruction by your employees; but theft by employees is not covered.

g. False Pretense: Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

h. Exposed Property: Rain, snow, ice or sleet to personal property in the open.

i. Collapse: Collapse, except as provided in the Additional Coverage for Collapse. But if loss or damage by a Covered Cause of Loss results at the described premises, we will pay for that resulting loss or damage.

j. Pollution: We will not pay for loss or damage caused by or resulting from the discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". But if loss or damage by the "specified causes of loss" results, we will pay for the resulting damage caused by the "specified cause of loss."

Copyright, Insurance Services Office, Inc., 1992

k. Other Types of Loss:
(1) Wear and tear;
(2) Rust, corrosion, fungus, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;
(3) Smog;
(4) Settling, cracking, shrinking or expansion;
(5) Nesting or infestation, or discharge or release of waste products or secretions by insects, birds, rodents or other animals;
(6) Mechanical breakdown, including rupture or bursting caused by centrifugal force; or
(7) The following causes of loss to personal property:
(a) Dampness or dryness of atmosphere;
(b) Changes in or extremes of temperature; or
(c) Marring or scratching.

But if loss or damage by the "specified causes of loss" or building glass breakage results, we will pay for that resulting loss or damage.

3. We will not pay for loss or damage caused by or resulting from any of the following. But if loss or damage by a Covered Cause of Loss results, we will pay for that resulting loss or damage.
a. Weather Conditions: Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in paragraph 1. above to produce the loss or damage.
b. Acts or Decisions: Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.
c. Negligent Work: Faulty, inadequate or defective:
(1) Planning, zoning, development, surveying, siting;
(2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;
(3) Materials used in repair, construction, renovation or remodeling; or
(4) Maintenance;

of part or all of any property on or off the described premises.

4. Business Income and Extra Expense Exclusions. We will not pay for:
a. Any Extra Expense, or increase of Business Income loss, caused by or resulting from:
(1) Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or
(2) Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the suspension of "operations", we will cover such loss that affects your Business Income during the "period of restoration".
b. Any other consequential loss.

C. LIMITS OF INSURANCE

1. The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations.
2. The most we will pay for loss of or damage to outdoor signs attached to buildings is $1,000 per sign in any one occurrence.
3. The limits applicable to the Coverage Extensions and the Fire Department Service Charge and Pollutant Clean Up and Removal Additional Coverages are in addition to the Limits of Insurance.
4. Building Limit - Automatic Increase
a. The Limit of Insurance for Buildings will automatically increase by the annual percentage shown in the Declarations.
b. The amount of increase will be:
(1) The Building limit that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Building limit, times

Copyright, Insurance Services Office, Inc., 1992

(2) The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times

(3) The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Building limit, divided by 365.

Example:

If: The applicable Building limit is $100,000. The annual percentage increase is 8%. The number of days since the beginning of the policy year (or last policy change) is 146.

The amount of increase is $100,000 x .08 x 146 365 = $3,200.

5. Business Personal Property Limit - Seasonal Increase

a. The Limit of Insurance for Business Personal Property will automatically increase by 25% to provide for seasonal variations.

b. This increase will apply only if the Limit of Insurance shown for Business Personal Property in the Declarations is at least 100% of your average monthly values during the lesser of:

(1) The 12 months immediately preceding the date the loss or damage occurs; or

(2) The period of time you have been in business as of the date the loss or damage occurs.

D. DEDUCTIBLES

1. We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the Deductible shown in the Declarations. We will then pay the amount of loss or damage in excess of the Deductible up to the applicable Limit of Insurance.

2. Regardless of the amount of the Deductible, the most we will deduct from any loss or damage under all of the following Optional Coverages in any one occurrence is $250:

a. Money and Securities;

b. Employee Dishonesty;

c. Exterior Glass;

d. Interior Glass; and

e. Outdoor Signs.

But this $250 deductible will not increase the deductible shown in the Declarations. This deductible will be used to satisfy the requirements of the deductible in the Declarations.

3. No deductible applies to the following Additional Coverages:

a. Fire Department Service Charge;

b. Business Income; and

c. Extra Expense.

E. PROPERTY LOSS CONDITIONS

1. Abandonment

There can be no abandonment of any property to us.

2. Appraisal

If we and you disagree on the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

a. Pay its chosen appraiser; and

b. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

3. Duties In The Event Of Loss Or Damage

a. You must see that the following are done in the event of loss or damage to Covered Property:

(1) Notify the police if a law may have been broken.

(2) Give us prompt notice of the loss or damage. Include a description of the property involved.

(3) As soon as possible, give us a description of how, when and where the loss or damage occurred.

Copyright, Insurance Services Office, Inc., 1992

(4) Take all reasonable steps to protect the Covered Property from further damage by a Covered Cause of Loss. If feasible, set the damaged property aside and in the best possible order for examination. Also keep a record of your expenses for emergency and temporary repairs, for consideration in the settlement of the claim. This will not increase the limit of insurance.

(5) At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

(6) As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

(7) Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

(8) Cooperate with us in the investigation or settlement of the claim.

(9) Resume all or part of your "operations" as quickly as possible.

b. We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

4. Legal Action Against Us

No one may bring a legal action against us under this insurance unless:

a. There has been full compliance with all of the terms of this insurance; and

b. The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

5. Limitation - Electronic Media and Records

We will not pay for any loss of Business Income caused by direct physical loss of or damage to Electronic Media and Records after the longer of:

a. 60 consecutive days from the date of direct physical loss or damage; or

b. The period, beginning with the date of direct physical loss or damage, necessary to repair, rebuild or replace with reasonable speed and similar quality, other property at the described premises due to loss or damage caused by the same occurrence.

Electronic Media and Records are:

(1) Electronic data processing, recording or storage media such as films, tapes, discs, drums or cells;

(2) Data stored on such media; or

(3) Programming records used for electronic data processing or electronically controlled equipment.

Example No. 1:

A Covered Cause of Loss damages a computer on June 1. It takes until September 1 to replace the computer, and until October 1 to restore the data that was lost when the damage occurred. We will only pay for the Business Income loss sustained during the period June 1 - September 1. Loss during the period September 2 - October 1 is not covered.

Example No. 2:

A Covered Cause of Loss results in the loss of data processing programming records on August 1. The records are replaced on October 15. We will only pay for the Business Income loss sustained during the period August 1 - September 29 (60 consecutive days). Loss during the period September 30 - October 15 is not covered.

6. Loss Payment

In the event of loss or damage covered by this policy:

a. At our option, we will either:

(1) Pay the value of lost or damaged property;

Copyright, Insurance Services Office, Inc., 1992

(2) Pay the cost of repairing or replacing the lost or damaged property;

(3) Take all or any part of the property at an agreed or appraised value; or

(4) Repair, rebuild, or replace the property with other property of like kind and quality.

b. We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

c. We will not pay you more than your financial interest in the Covered Property.

d. We will determine the value of Covered Property as follows:

(1) At replacement cost (without deduction for depreciation), except as provided in (2) through (7) below.

(a) You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim on a replacement cost basis if you notify us of your intent to do so within 180 days after the loss or damage.

(b) We will not pay on a replacement cost basis for any loss or damage:

(i) Until the lost or damaged property is actually repaired or replaced; and

(ii) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

(c) We will not pay more for loss or damage on a replacement cost basis than the least of:

(i) The cost to replace, on the same premises, the lost or damaged property with other property:

i. Of comparable material and quality; and

ii. Used for the same purpose; or

(ii) The amount you actually spend that is necessary to repair or replace the lost or damaged property.

(2) If the "Actual Cash Value - Buildings" option applies, as shown in the Declarations, paragraph (1) above does not apply to Buildings. Instead, we will determine the value of Buildings at actual cash value.

(3) The following property at actual cash value:

(a) Used or second-hand merchandise held in storage or for sale;

(b) Property of others;

(c) Household contents, except personal property in apartments or rooms furnished by you as landlord;

(d) Manuscripts;

(e) Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac.

(4) Glass at the cost of replacement with safety glazing material if required by law.

(5) Tenants' Improvements and Betterments at:

(a) Replacement cost if you make repairs promptly.

(b) A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

Copyright, Insurance Services Office, Inc., 1992

(i) Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

(ii) Divide the amount determined in (i) above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

(c) Nothing if others pay for repairs or replacement.

(6) Valuable Papers and Records, including those which exist on electronic or magnetic media (other than prepackaged software programs), at the cost of:

(a) Blank materials for reproducing the records; and

(b) Labor to transcribe or copy the records.

(7) Applicable only to the Optional Coverages:

(a) "Money" at its face value; and

(b) "Securities" at their value at the close of business on the day the loss is discovered.

e. Our payment for loss of or damage to personal property of others will only be for the account of the owners of the property. We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

f. We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

g. We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, if:

(1) You have complied with all of the terms of this policy; and

(2) (a) We have reached agreement with you on the amount of loss; or

(b) An appraisal award has been made.

7. Recovered Property

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, you may retain the property. But then you must return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

8. Resumption of Operations

We will reduce the amount of your:

a. Business Income loss, other than Extra Expense, to the extent you can resume your "operations", in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises or elsewhere.

b. Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

9. Vacancy

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage, we will:

a. Not pay for any loss or damage caused by:

(1) Vandalism;

(2) Sprinkler leakage, unless you have protected the system against freezing;

(3) Building glass breakage;

(4) Water damage;

(5) Theft; or

(6) Attempted Theft.

b. Reduce the amount we would otherwise pay for the loss or damage by 15%.

A building is vacant when it does not contain enough business personal property to conduct customary "operations".

Buildings under construction are not considered vacant.

F. PROPERTY GENERAL CONDITIONS

1. Control of Property

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

Copyright, Insurance Services Office, Inc., 1992

The breach of any condition of this Coverage Form at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

2. Mortgage Holders

a. The term "mortgage holder" includes trustee.

b. We will pay for covered loss of or damage to buildings or structures to each mortgage holder shown in the Declarations in their order of precedence, as interests may appear.

c. The mortgage holder has the right to receive loss payment even if the mortgage holder has started foreclosure or similar action on the building or structure.

d. If we deny your claim because of your acts or because you have failed to comply with the terms of this policy, the mortgage holder will still have the right to receive loss payment if the mortgage holder:

(1) Pays any premium due under this policy at our request if you have failed to do so;

(2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

(3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgage holder.

All of the terms of this policy will then apply directly to the mortgage holder.

e. If we pay the mortgage holder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this policy,

(1) The mortgage holder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

(2) The mortgage holder's right to recover the full amount of the mortgage holder's claim will not be impaired.

At our option, we may pay to the mortgage holder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

f. If we cancel this policy, we will give written notice to the mortgage holder at least:

(1) 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

(2) 30 days before the effective date of cancellation if we cancel for any other reason.

g. If we elect not to renew this policy, we will give written notice to the mortgage holder at least 10 days before the expiration date of this policy.

3. No Benefit to Bailee

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

4. Policy Period, Coverage Territory

Under this form:

a. We cover loss or damage commencing:

(1) During the policy period shown in the Declarations; and

(2) Within the coverage territory or, with respect to property in transit, while it is between points in the coverage territory.

b. The coverage territory is:

(1) The United States of America (including its territories and possessions);

(2) Puerto Rico; and

(3) Canada.

G. OPTIONAL COVERAGES

If shown as applicable in the Declarations, the following Optional Coverages also apply. These coverages are subject to the terms and conditions applicable to property coverage in this policy, except as provided below.

1. Outdoor Signs

a. We will pay for direct physical loss of or damage to all outdoor signs at the described premises:

(1) Owned by you; or

(2) Owned by others but in your care, custody or control.

Copyright, Insurance Services Office, Inc., 1992

b. Paragraph A.3., Covered Causes of Loss, and Section B., Exclusions, do not apply to this Optional Coverage, except for:
   (1) Paragraph B.1.c., Governmental Action;
   (2) Paragraph B.1.d., Nuclear Hazard; and
   (3) Paragraph B.1.f., War and Military Action.

c. We will not pay for loss or damage caused by or resulting from:
   (1) Wear and tear;
   (2) Hidden or latent defect;
   (3) Rust;
   (4) Corrosion; or
   (5) Mechanical breakdown.

d. The most we will pay for loss or damage in any one occurrence is the Limit of Insurance for Outdoor Signs shown in the Declarations.

e. The provisions of this Optional Coverage supersede all other references to outdoor signs in this policy.

2. Exterior Glass

a. We will pay for direct physical loss of or damage to glass that is part of the exterior of a covered building or structure at the described premises, including lettering, and ornamentation, provided the glass is:
   (1) On the basement or ground floor level of the building or structure, unless the Declarations show that this Optional Coverage is applicable to exterior glass on all floors; and
   (2) Owned by you, or owned by others but in your care, custody or control.

b. We will also pay for necessary:
   (1) Expenses incurred to put up temporary plates or board up openings;
   (2) Repair or replacement of encasing frames; and
   (3) Expenses incurred to remove or replace obstructions.

c. Paragraph A.3., Covered Causes of Loss, and Section B., Exclusions, do not apply to this Optional Coverage, except for:
   (1) Paragraph B.1.c., Governmental Action;
   (2) Paragraph B.1.d., Nuclear Hazard; and
   (3) Paragraph B.1.f., War and Military Action.

d. We will not pay for loss or damage caused by or resulting from:
   (1) Wear and tear;
   (2) Hidden or latent defect;
   (3) Corrosion; or
   (4) Rust.

e. This Optional Coverage supersedes all limitations in this policy that apply to exterior glass.

3. Interior Glass

a. We will pay for direct physical loss of or damage to items of glass that are permanently affixed to the interior walls, floors or ceilings of a covered building or structure at the described premises, provided each item is:
   (1) Described in the Declarations as covered under this Optional Coverage; and
   (2) Located in the basement or ground floor level of the building or structure, unless the Declarations show that this Optional Coverage is applicable to interior glass at all floors; and
   (3) Owned by you, or owned by others but in your care, custody or control.

b. We will also pay for necessary:
   (1) Expenses incurred to put up temporary plates or board up openings;
   (2) Repair or replacement of encasing frames; and
   (3) Expenses incurred to remove or replace obstructions.

c. Paragraph A.3., Covered Causes of Loss, and Section B., Exclusions, do not apply to this Optional Coverage, except for:
   (1) Paragraph B.1.c., Governmental Action;
   (2) Paragraph B.1.d., Nuclear Hazard; and
   (3) Paragraph B.1.f., War and Military Action.

Copyright, Insurance Services Office, Inc., 1992

REPRINTED FROM THE FORMS LIBRARY

d. We will not pay for loss or damage caused by or resulting from:
   (1) Wear and tear;
   (2) Hidden or latent defect;
   (3) Corrosion; or
   (4) Rust.

e. This Optional Coverage supersedes all limitations in this policy that apply to interior glass.

4. Money and Securities

   a. We will pay for loss of "money" and "securities" used in your business while at a bank or savings institution, within your living quarters or the living quarters of your partners or any employee having use and custody of the property, at the described premises, or in transit between any of these places, resulting directly from:
      (1) Theft, meaning any act of stealing;
      (2) Disappearance; or
      (3) Destruction.

   b. In addition to the Limitations and Exclusions applicable to property coverage, we will not pay for loss:
      (1) Resulting from accounting or arithmetical errors or omissions;
      (2) Due to the giving or surrendering of property in any exchange or purchase; or
      (3) Of property contained in any "money" operated device unless the amount of "money" deposited in it is recorded by a continuous recording instrument in the device.

   c. The most we will pay for loss in any one occurrence is:
      (1) The limit shown in the Declarations for Inside the Premises for "money" and "securities" while:
         (a) In or on the described premises; or
         (b) Within a bank or savings institution; and
      (2) The limit shown in the Declarations for Outside the Premises for "money" and "securities" while anywhere else.

   d. All loss:
      (1) Caused by one or more persons; or
      (2) Involving a single act or series of related acts;

      is considered one occurrence.

   e. You must keep records of all "money" and "securities" so we can verify the amount of any loss or damage.

5. Employee Dishonesty

   a. We will pay for direct loss of or damage to Business Personal Property and "money" and "securities" resulting from dishonest acts committed by any of your employees acting alone or in collusion with other persons (except you or your partner) with the manifest intent to:
      (1) Cause you to sustain loss or damage; and also
      (2) Obtain financial benefit (other than salaries, commissions, fees, bonuses, promotions, awards, profit sharing, pensions or other employee benefits earned in the normal course of employment) for:
         (a) Any employee; or
         (b) Any other person or organization.

   b. We will not pay for loss or damage:
      (1) Resulting from any dishonest or criminal act that you or any of your partners commit whether acting alone or in collusion with other persons.
      (2) The only proof of which as to its existence or amount is:
         (a) An inventory computation; or
         (b) A profit and loss computation.

   c. The most we will pay for loss or damage in any one occurrence is the Limit of Insurance for Employee Dishonesty shown in the Declarations.

   d. All loss or damage:
      (1) Caused by one or more persons; or
      (2) Involving a single act or series of related acts;

      is considered one occurrence.

Copyright, Insurance Services Office, Inc., 1992

e. We will pay only for loss or damage you sustain through acts committed or events occurring during the Policy Period. Regardless of the number of years this policy remains in force or the number of premiums paid, no Limit of Insurance cumulates from year to year or period to period.

f. This Optional Coverage does not apply to any employee immediately upon discovery by:

(1) You; or

(2) Any of your partners, officers or directors not in collusion with the employee;

of any dishonest act committed by that employee before or after being hired by you.

g. We will pay only for covered loss or damage discovered no later than one year from the end of the Policy Period.

h. If you (or any predecessor in interest) sustained loss or damage during the period of any prior insurance that you could have recovered under that insurance except that the time within which to discover loss or damage had expired, we will pay for it under this Optional Coverage, provided:

(1) This Optional Coverage became effective at the time of cancellation or termination of the prior insurance; and

(2) The loss or damage would have been covered by this Optional Coverage had it been in effect when the acts or events causing the loss or damage were committed or occurred.

i. The insurance under paragraph h. above is part of, not in addition to, the Limit of Insurance applying to this Optional Coverage and is limited to the lesser of the amount recoverable under:

(1) This Optional Coverage as of its effective date; or

(2) The prior insurance had it remained in effect.

6. Mechanical Breakdown

a. We will pay for direct damage to Covered Property caused by an Accident to an Object. The Object must be:

(1) Owned by you or in your care, custody or control; and

(2) At the described premises.

b. Accident means a sudden and accidental breakdown of the Object or a part of the Object. At the time the breakdown occurs, it must manifest itself by physical damage to the Object that necessitates repair or replacement.

c. None of the following is an Accident:

(1) Depletion, deterioration, corrosion or erosion;

(2) Wear and tear;

(3) Leakage at any valve, fitting, shaft seal, gland packing, joint or connection;

(4) Breakdown of any vacuum tube, gas tube or brush;

(5) Breakdown of any electronic computer or electronic data processing equipment;

(6) Breakdown of any structure or foundation supporting the Object or any of its parts;

(7) The functioning of any safety or protective device; or

(8) The explosion of gases or fuel within the furnace of any Object or within the flues or passages through which the gases of combustion pass.

d. Object means any of the following equipment:

(1) Boiler and Pressure Vessels:

(a) Steam heating boilers and condensate return tanks used with them;

(b) Hot water heating boilers and expansion tanks used with them;

(c) Hot water supply boilers;

(d) Other fired or unfired vessels used for maintenance or service of the described premises but not used for processing or manufacturing;

(e) Steam boiler piping, valves, fittings, traps and separators, but only if they:

(i) Are on your premises or between parts of your premises;

Copyright, Insurance Services Office, Inc., 1992

(ii) Contain steam or condensate of steam; and

(iii) Are not part of any other vessel or apparatus;

(f) Feed water piping between any steam boiler and a feed pump or injector.

(2) Air Conditioning Units - Any air conditioning unit that has a capacity of 60,000 Btu or more, including:

(a) Inductors, convectors and coils that make use of a refrigerant and form part of a cooling, humidity control or space heating system;

(b) Interconnecting piping, valves and fittings containing only a refrigerant, water, brine or other solution;

(c) Vessels heated directly or indirectly that:

(i) Form part of an absorption type system; and

(ii) Function as a generator, regenerator or concentrator;

(d) Compressors, pumps, fans and blowers used solely with the system together with their driving electric motors; and

(e) Control equipment used solely with the system.

e. Object does not mean:

(1) As Boiler and Pressure Vessels:

(a) Equipment that is not under internal vacuum or internal pressure other than weight of contents;

(b) Boiler settings;

(c) Insulating or refractory material; or

(d) Electrical, reciprocating or rotating apparatus within or forming a part of the boiler or vessel.

(2) As Air Conditioning Units, any:

(a) Vessel, cooling tower, reservoir or other source of cooling water for a condenser or compressor, or any water piping leading to or from that source; or

(b) Wiring or piping leading to or from the unit.

f. We will not pay for an Accident to any Object while being tested.

g. Suspension.

Whenever an Object is found to be in, or exposed to, a dangerous condition, any of our representatives may immediately suspend the insurance against loss from an Accident to that Object. This can be done by delivering or mailing a written notice of suspension to:

(1) Your last known address; or

(2) The address where the Object is located.

If we suspend your insurance, you will get a pro rata refund of premium. But the suspension will be effective even if we have not yet made or offered a refund.

H. PROPERTY DEFINITIONS

1. "Money" means:

a. Currency, coins and bank notes in current use and having a face value; and

b. Travelers checks, register checks and money orders held for sale to the public.

2. "Operations" means your business activities occurring at the described premises.

3. "Period of Restoration" means the period of time that:

a. Begins with the date of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the described premises; and

b. Ends on the date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality.

"Period of restoration" does not include any increased period required due to the enforcement of any ordinance or law that:

(1) Regulates the construction, use or repair, or requires the tearing down of any property; or

Copyright, Insurance Services Office, Inc., 1992

(2) Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of "pollutants".

The expiration date of this policy will not cut short the "period of restoration".

4. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

5. "Securities" means negotiable and non-negotiable instruments or contracts representing either "money" or other property and includes:

a. Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; and

b. Evidences of debt issued in connection with credit or charge cards, which cards are not issued by you;

but does not include "money".

6. "Specified Causes of Loss" means the following:

Fire; lightning; explosion, windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

a. Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

(1) The cost of filling sinkholes; or

(2) Sinking or collapse of land into man-made underground cavities.

b. Falling objects does not include loss of or damage to:

(1) Personal property in the open; or

(2) The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

c. Water damage means accidental discharge or leakage of water or steam as the direct result of the breaking or cracking of any part of a system or appliance containing water or steam.

Copyright, Insurance Services Office, Inc., 1992

# SELECT
# ULTRA PROPERTY - PLUS

BP 70 76 06 95

BUSINESSOWNERS

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM

The Businessowners Special Property Coverage Form is changed as follows:

1. The following items are amended as shown:

| Description | Section | The most we will pay is increased to: |
|---|---|---|
| Covered Property Extended - Building is extended to include electronic communications equipment including radio and television antennas. | A.1.a. | |
| Proximity Limitation is Broadened - The 100 feet limitation is increased to 1000 feet. | A.1.a.(6)(b), A.1.b., A.5.f., A.5.g., and A.6. | |
| Building Glass Limitation is Deleted | A.4.b. | |
| Debris Removal - for each location in any one occurrence | A.5.a.(4)(b) | $15,000 |
| Fire Department Service Charge | A.5.c. | Actual Loss Sustained |
| Personal Property at Newly Acquired Premises - Insurance will end: "30 days" is replaced by "180 days". | A.6.a.(1) A.6.a.(2)(b) | $250,000 |
| Personal Property Off-Premises or Personal Property in Transit | A.6.b. | $25,000 |
| Outdoor Property (1) Lawns are added as covered outdoor property (2) Covered causes of loss are replaced with "specified causes of loss". | A.6.c. | $10,000, but not more than $500 for any one tree, shrub or plant. |
| EXCLUSIONS - Water that backs up from a sewer or drain is deleted. The most we will pay as a result of water that backs up from a sewer or drain is: | B.1.g.(3) | $5,000 at each described premises or the amount shown in the Declarations, whichever is greater. |
| DEDUCTIBLES - Regardless of the amount of the Deductible, the most we will deduct from any loss or damage under all of the following Coverages in any one occurrence is $250: a. Money and Securities; b. Exterior Glass; c. Interior Glass; and d. Outdoor Signs; But this $250 deductible will not increase the deductible shown in the Declarations. This deductible will be used to satisfy the requirements of the deductible in the Declarations. | D.2. | |

REPRINTED FROM THE FORMS LIBRARY

| Description | Section | The most we will pay is: |
|---|---|---|
| DEDUCTIBLES - No deductible applies to the following coverages:<br>a. Arson Reward;<br>b. Business Income;<br>c. Extra Expense;<br>d. Employee Dishonesty;<br>e. Fire Department Service Charge;<br>f. Fire Extinguisher Recharge;<br>g. Money Orders and Counterfeit Paper Currency; | D.3. | |
| OPTIONAL COVERAGES - Employee Dishonesty Discovery Period is extended. The discovery period is extended from one year to two years from the end of the policy period. | G.5.g. | |

2. The following items are added:

| Description | Section | The most we will pay is: |
|---|---|---|
| Extended Business Income - We will pay for the actual loss of Business Income you incur during the period that:<br>(1) Begins on the date property is actually repaired, rebuilt or replaced and "operations" are resumed; and<br>(2) Ends on the earlier of:<br>(a) The date you could restore your "operations", with reasonable speed, to the condition that would have existed if no direct physical loss or damage occurred; or<br>(b) 30 consecutive days after the date determined in (1) above.<br>Loss of Business Income must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Causes of Loss. | A.6.e. | |
| Arson Reward - We will pay an arson reward for information which leads to an arson conviction for loss or damage covered by this policy. This limit applies for occurrence regardless of the number of persons providing this information. | A.6.f. | $5,000 |
| Fire Extinguisher Recharge - We will pay up to this amount in any one occurrence for your expense of recharging portable fire extinguishers used to fight a fire at the premises described in the Declarations or at immediately adjacent premises which expose your property to loss. | A.6.g. | $2,500 |
| Money Orders and Counterfeit Paper Currency<br>- We will pay up to this amount in any one occurrence for loss caused by your accepting in good faith:<br>(1) Any post office or express money orders which are not paid upon presentation; or<br>(2) Counterfeit paper currency;<br>in exchange for merchandise, services or money. | A.6.h. | $500 |